| American Eagle Delaware Holding Company LLC, et al. - 22-10028 | | | |
|---|---|---|---|
| April 7, 2022 - 11:00AM | | | |
| **First Name** | **Last Name** | **Party Representing** | **Firm Name** |
| Tanya | Behnam | Debtor | Polsinelli LLP |
| Scott | Cousins | UMB Bank, N.A. | Cousins Law LLC |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Michael | DiPietro | Debtors | Polsinelli PC |
| David | Gordon | Debtors | Polsinelli |
| Uday | Gorrepati | N/A (ABI Project) | |
| Kyle | Hallion | Debtors | |
| Taylor | Harrison | Debtwire | |
| Scott | Jones | UMB Bank, N.A. | Cousins Law LLC |
| Shanti | Katona | Debtors | Polsinelli |
| Scott | Kellman | Debtors | |
| Jonathan | Mahan | Debtors | FTI Consulting |
| Benyamin | Moalem | Purchaser | Illuminate HC |
| Jan | Naifeh | Company | FTI Consulting, Inc. |
| Leslie | Pappas | Media | Law360.com |
| Megan | Preusker | UMB Bank, N.A., as Trustee | |
| Reorg | Research | Reorg Research | |
| Paula | Subda | USBC | USBC |
| Todd | Topliff | Debtors | |
| Cory | Wake | Debtors | |
| Caryn | Wang | Debtors | Polsinelli |